**Order entered January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00951-CR

**LAWRENCE VINCENT PANDOLFI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-85023-2015**

## ORDER

We **REINSTATE** this appeal.

On January 10, 2018, we granted Jessie Allen's motion to withdraw as appellate counsel and ordered the trial court to appoint new counsel. The following day, the trial court appointed Bill Schultz to represent appellant and the reporter's record from the hearing was filed.

We **DIRECT** the Clerk to list William L. Schultz as appointed counsel for appellant and to send all future correspondence to William L. Schultz, 2101 Brugge Court, Plano, TX 75025.

/s/    DAVID L. BRIDGES
JUSTICE